UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SKANSI MARINE, LLC | CIVIL ACTION |
| VERSUS | NO. 22-2128 |
| OFFSHORE AVIATION, LLC | SECTION M (2) |

## ORDER & REASONS

On September 27, 2022, plaintiff Skansi Marine, LLC ("Skansi") filed a motion to strike defendant's fraud defense and for more definite statement of other affirmative defenses raised in the answer to the original complaint.[1] That same day, Skansi filed a motion to amend its complaint,[2] which the Court granted.[3] Defendant Offshore Aviation, LLC ("Offshore Aviation") responds to Skansi's motion, arguing that it was rendered moot by the filing of the amended complaint.[4] The Court agrees. The amended complaint[5] is now the operative pleading to which Offshore Aviation must respond. *See Turner v. Bd. of Supervisors of Univ. of La. Sys.*, 2021 WL 4148108, at *3 (E.D. La. Sept. 13, 2021). However, once Offshore Aviation answers the amended complaint, Skansi may respond as it deems fit within the applicable law and rules of court, including filing another motion, if necessary.

Accordingly, for the reasons stated above,

---

[1] R. Doc. 11.
[2] R. Doc. 10.
[3] R. Doc. 12.
[4] R. Doc. 18.
[5] R. Doc. 13.

IT IS ORDERED that Skansi's motion to strike and for more definite statement (R. Doc. 11) is DENIED as moot, without prejudice to refiling as necessary in response to Offshore Aviation's forthcoming answer to the amended complaint.

New Orleans, Louisiana, this 12th day of October, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE